IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Criminal No. 7:10CR00060 |
| ) | |
| BARRY MONROE OWENS, JR. ) | |

## INFORMATION TO ENHANCE SENTENCE

Pursuant to Title 21, United States Code, Section 851, defendant, **BARRY MONROE OWENS, JR.,** is hereby notified that he is subject to an enhanced sentence if convicted in the above-styled case. In establishing the enhanced sentence, the government will rely upon the defendant's previous felony convictions as follows:

   **a.** Possession of a Schedule II controlled substance; Circuit Court of Craig County, Virginia; Offense date – April 21, 2003; Sentencing date – May 20, 2004.

   **b.** Possession of a Schedule I controlled substance; Circuit Court of Craig County, Virginia; Offense date – May 1, 2003; Sentencing date – May 20, 2004.

   **c.** Possession of a Schedule II controlled substance; Circuit Court of Craig County, Virginia; Offense date – October 17, 2003; Sentencing date – February 16, 2005.

                                        Respectfully submitted,

                                        TIMOTHY J. HEAPHY
                                        UNITED STATES ATTORNEY

Date:   December 22, 2010               s/ Donald R.Wolthuis
                                        Assistant United States Attorney
                                        Virginia Bar No. 19705
                                        United States Attorney's Office
                                        P.O. Box 1709
                                        Roanoke, VA 24008
                                        TEL (540) 857-2762
                                        FAX (540) 857-2614

-2-

## CERTIFICATE OF SERVICE

  I hereby certify that I have this 22nd day of December, 2010, electronically filed the Notice of Information to Enhance Sentence with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                s/ Donald R. Wolthuis
                Assistant United States Attorney